**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RASHFORD E. GALLOWAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF F.C.I. FORT DIX,<br><br>　　　　Respondent. | Civil Action No.<br>09-3692<br><br><br>**O R D E R** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **12th** day of **August**, **2009**

ORDERED that Petitioner's application for a writ of habeas corpus is denied; and it is further

ORDERED that Petitioner shall submit his $5 filing fee or his application for leave to proceed in forma pauperis; and it is further

ORDERED that the Clerk shall forward Petitioner a copy of this Order and Opinion filed herewith by regular U.S. mail, and close the file on this matter.

　　　　　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　United States District Judge